IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. KAVITZ,<br><br>             Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>             Defendant.           / | No. C 08-5591 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO BE EXCUSED FROM ELECTRONIC CASE FILING REQUIREMENTS**<br>[Docket No. 20] |

On April 21, 2009, plaintiff's counsel, Alfred Dovbish, filed a Motion To Be Excused From Electronic Case Filing Requirements (the "Motion"), which is now before the Court. In support of the motion, plaintiff's attorney of record, Alfred Dovbish, filed a declaration stating that he is 76 years old, has practiced law continually in California since his admission to the State Bar in 1964, and is computer illiterate. For this reason, he requests to be excused from the electronic filing requirements.

IT IS HEREBY ORDERED that plaintiff's Motion [Docket No. 20] is GRANTED and that plaintiff and his attorney of record are excused from the electronic case filing requirements in this case and may file documents in paper with the Clerk's Office.

IT IS SO ORDERED.

Dated: 5/1/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KAVITZ et al,

        Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION et al,

        Defendant.

Case Number: CV08-05591 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred Dovbish
Attorney at Law
98 Main Street
Suite 216
Tiburon, CA 94920

Dated: May 1, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk